AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DELPHI AUTOMOTIVE**
**SYSTEMS, LLC,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

| | |
|---|---|
| **UNIVERSAL PALLETS,** | CASE NO.  C2-10-113 |
| **INC., ET AL.,** | JUDGE EDMUND A. SARGUS, JR. |
| | MAGISTRATE JUDGE MARK R. ABEL |
|       **Defendants.** | |

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed August 1, 2011, JUDGMENT is hereby entered in favor of the Plaintiff, with interest awarded pursuant to the rate set forth in Ohio Revised Code §§ 1343.03 and 5703.47.  This case is DISMISSED.**

Date: August 1, 2011                                           JAMES BONINI, CLERK

                                                                             */S/ Andy F. Quisumbing*
                                                                             (By) Andy F. Quisumbing
                                                                             Courtroom Deputy Clerk